**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070

**TREEHOUSE LAW, LLP**
Benjamin Heikali (SBN 307466)
*bheikali@treehouselaw.com*
Joshua Nassir (SBN 318344)
*jnassir@treehouselaw.com*
Ruhandy Glezakos (SBN 307473)
*rglezakos@treehouselaw.com*
Katherine Phillips (SBN 353048)
*kphillips@treehouselaw.com*
3130 Wilshire Blvd., Ste. 555
Santa Monica, CA 90403
Telephone: (310) 751-5948

*Attorneys for Plaintiff and the Certified Class*

**SQUIRE PATTON BOGGS (US) LLP**
Joseph A. Meckes (State Bar # 190279)
*joseph.meckes@squirepb.com*
Noriyuki Shimoda (State Bar # 176973)
*noriyuki.shimoda@squirepb.com*
555 California Street, Suite 550
San Francisco, CA 94104
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

Marisol C. Mork (State Bar # 265170)
*marisol.mork@squirepb.com*
Chassica Soo (State Bar # 287427)
*chassica.soo@squirepb.com*
Hiroyuki Yagihashi (State Bar # 302511)
*hiroyuki.yagihashi@squirepb.com*
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 624-2500
Facsimile: (213) 623-4581

*Attorneys for Defendant Takara Sake USA Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLBY TUNICK, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>TAKARA SAKE USA INC.,<br><br>        Defendant. | Case No.: 3:23-cv-00572-TSH<br>Compl. Filed: February 8, 2023<br>FAC Filed: April 26, 2023<br><br>*Assigned to Hon. Thomas S. Hixson, United States Magistrate Judge*<br><br>**JOINT NOTICE OF SETTLEMENT** |

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that Plaintiff Colby Tunick ("Plaintiff") and Defendant Takara Sake USA, Inc. ("Defendant," and together with Plaintiff, the "Parties") in the above-captioned action ("Action") have reached a settlement in principle of the Action on a class wide basis under Rule 23(b)(2) (the "Settlement") following a private mediation on November 24, 2025. The Parties are in the process of preparing the settlement agreement, which the Parties will endeavor to execute by December 18, 2025. Plaintiff will file a motion for preliminary approval of the Settlement no later than January 30, 2026. Thus, the Parties respectfully request that the Court stay the Action and vacate all upcoming deadlines pending further settlement approval proceedings.

DATED: December 11, 2025

**CLARKSON LAW FIRM, P.C.**

By: */s/ Bahar Sodaify*
    Ryan J. Clarkson, Esq.
    Bahar Sodaify, Esq.

**TREEHOUSE LAW, LLP**
    Benjamin Heikali, Esq.
    Joshua Nassir, Esq.
    Ruhandy Glezakos, Esq.
    Katherine Phillips, Esq.

*Attorneys for Plaintiff and the Certified Class*

DATED: December 11, 2025

**SQUIRE PATTON BOGGS (US) LLP**

By: */s/ Joseph A. Meckes*
    Joseph A. Meckes, Esq.
    Marisol C. Mork, Esq.
    Noriyuki Shimoda, Esq.
    Hiroyuki Yagihashi, Esq.

*Attorneys for Defendant Takara Sake USA Inc.*

Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway, Malibu, CA 90265  |  P: (213) 788-4050  F: (213) 788-4070  |  clarksonlawfirm.com

**ATTESTATION UNDER LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: December 11, 2025                          **CLARKSON LAW FIRM, P.C.**

By: _/s/ Bahar Sodaify_
     Bahar Sodaify, Esq.

     *Attorney for Plaintiff and the Certified Class*