UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COLBY TUNICK,

            Plaintiff,

    v.

TAKARA SAKE USA INC., et al.,

            Defendants.

Case No.  23-cv-00572-TSH

**ORDER RE: NOTICE OF SETTLEMENT**

Re: Dkt. No. 93

The parties have advised that they reached a settlement in principle of this case on a class wide basis and are preparing the settlement agreement, after which Plaintiff will file a motion for preliminary approval of the settlement by January 30, 2026.  Accordingly, the Court **VACATES** all upcoming deadlines.  If Plaintiff has not filed a motion by January 30, the parties shall instead file a joint status report by February 5, 2026.

    **IT IS SO ORDERED.**

Dated: December 11, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California