# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLBY TUNICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAKARA SAKE USA INC.,<br><br>Defendant. | Case No.: 3:23-cv-00572-TSH<br>Compl. Filed: February 8, 2023<br>FAC Filed: April 26, 2023<br><br>*Assigned to Hon. Thomas S. Hixson, United States Magistrate Judge*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARD**<br><br><u>Hearing Information</u>:<br>Date: June 11, 2026<br>Time: 10:00 a.m.<br>Courtroom: E – 15th Fl |

This Court, having received and fully considered Plaintiff's Notice of Motion and Motion for Attorneys' Fees, Costs, and Service Award; the supporting Memorandum of Points and Authorities; the Declarations of Class Counsel Bahar Sodaify and Joshua Nassir, and Plaintiff Colby Tunick; the pleadings and other evidence previously filed with this Court in connection with Plaintiff's Motion; and any oral argument presented to the Court, HEREBY ORDERS and MAKES THE FOLLOWING DETERMINATIONS:

Pursuant to Federal Rule of Civil Procedure 23(h), the Court GRANTS Plaintiff's Motion For Attorneys' Fees, Costs, And Service Award for a total of $650,000.00.

The Court finds and determines that Plaintiff's request for attorneys' fees and costs to Class Counsel, Clarkson Law Firm, P.C. and Treehouse Law, LLP, in the amount of $645,000 is reasonable under the circumstances of this case, including the complexity of the litigation, the results achieved, and the risks undertaken by Class Counsel, and falls well within the range of fee awards approved by courts in similar actions. The fee award is appropriate based on Class Counsel's substantial efforts in prosecuting this action for nearly three years, the quality of representation, and the significant injunctive relief obtained for the Class. The Court further notes that Class Counsel undertook this case on a wholly contingent basis and advanced all litigation costs at significant risk of nonpayment. The Court finds and determines the litigation costs and expenses were reasonably and necessarily incurred by Class Counsel.

The Court finds that Plaintiff Colby Tunick devoted substantial time, effort, and commitment to representing the interests of the Settlement Class throughout this litigation, including by assisting Class Counsel over the course of nearly three years, staying informed regarding the status and strategy of the case, reviewing pleadings and other key materials, responding to discovery, preparing for and providing deposition testimony, and reviewing the Settlement before agreeing to its approval. The Court further finds that a $5,000 service award is reasonable and appropriate in light of Plaintiff's contributions and is consistent with awards routinely approved in class actions. Accordingly, the Court approves a service award to Plaintiff Colby Tunick in the amount of $5,000.

**IT IS SO ORDERED.**

Date: _____        _____

HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARD