**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, California 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**TREEHOUSE LAW, LLP**
Benjamin Heikali (SBN 307466)
*bheikali@treehouselaw.com*
Joshua Nassir (SBN 318344)
*jnassir@treehouselaw.com*
Ruhandy Glezakos (SBN 307473)
*rglezakos@treehouselaw.com*
Katherine Phillips (SBN 353048)
*kphillips@treehouselaw.com*
3130 Wilshire Blvd., Ste. 555
Santa Monica, CA 90403
Telephone: (310) 751-5948

*Attorneys for Plaintiff and the Settlement
Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLBY TUNICK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAKARA SAKE USA INC.,<br><br>Defendant. | Case No.: 3:23-cv-00572-TSH<br>Compl. Filed: February 8, 2023<br>FAC Filed: April 26, 2023<br><br>*Assigned to Hon. Thomas S. Hixson, United States Magistrate Judge*<br><br>**PLAINTIFF'S NOTICE OF LODGING** |

N.D. Cal. Case No. 3:23-cv-00572-TSH          -1-

PLAINTIFF'S NOTICE OF LODGING

Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway  |  Malibu, CA 90265

PLEASE TAKE NOTICE that Plaintiff Colby Tunick hereby lodges the following documents with the Court for in-camera review: (1) Exhibit H to the Declaration of Bahar Sodaify (Clarkson Law Firm billing records), and (2) Exhibit B to the Declaration of Joshua Nassir (Treehouse Law billing records), both submitted in support of Plaintiff's Motion for Attorneys' Fees and Costs and Service Award ("Fee Motion").

Courts in this Circuit protect attorney billing records from disclosure under attorney-client privilege if they "reveal the motive of the client in seeking representation, litigation strategy, or the specific nature of the services provided, such as researching particular areas of law." *Bell v. Ken Lee*, No. 13-cv-05820-SI, 2017 WL 1956828, at *3 (N.D. Cal. May 11, 2017) (*citing Clarke v. Am. Commerce Nat. Bank*, 974 F.2d 127, 129 (9th Cir. 1992)). Courts also routinely allow attorneys to submit billing records for in-camera review rather than public filing. *See, e.g., Vogel v. Tulaphorn*, No. CV 13-464 PSG (PLAx), 2014 WL 12629679, at *10 (C.D. Cal. Jan. 30, 2014) (citing *United States ex rel. McLean v. County of Santa Clara*, No. 5:05-cv-01962 HRL, 2013 WL 5544148, at *2, 5 (N.D. Cal. Sept. 30, 2013)).

Class Counsel's billing records fall squarely within this protected category. The over 3,000 time entries describe, for example, legal research conducted in connection with the Motion to Dismiss and Motion for Class Certification, methods of developing case strategy, and communications with the client and retained experts, precisely the kind of information subject to protection. Declaration of Bahar Sodaify (ECF No. 101-1) ¶ 38. Disclosure of these materials to anyone beyond the Court would expose Class Counsel's mental impressions and strategic decision-making, causing irreparable harm that cannot be remedied after the fact. *Id*.

Furthermore, the merits of this litigation and the reasonableness of the fee request can be fully evaluated from the publicly filed Fee Motion and summary charts in the declarations of Class Counsel Bahar Sodaify and Joshua Nassir, which disclose the total hours expended at each stage of the litigation, each attorney's billing rate, and the relevant lodestar calculations. *See* ECF No. 101-1 ¶¶ 44-46, Charts 1–3; ECF No. 101-10 ¶¶ 8, 10. This information is sufficient for the Court's review and for any class member wishing to object, without any need to publicly disclose the privileged entries underlying those figures.

Accordingly, Plaintiff respectfully lodges Class Counsel's billing records for in-camera review.

DATED: March 19, 2026

**CLARKSON LAW FIRM, P.C.**

By: /s/ Bahar Sodaify
    Ryan J. Clarkson
    Bahar Sodaify

**TREEHOUSE LAW, LLP**
    Joshua Nassir
    Benjamin Heikali
    Ruhandy Glezakos
    Katherine Phillips

*Attorneys for Plaintiff and the Settlement Class*

Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway  |  Malibu, CA 90265